UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  SEALED MATTER          Misc. No. 22-mc-51508-1
                                                     Hon.  Nancy G. Edmunds

_____/

**MOTION AND ORDER TO UNSEAL SEARCH WARRANT,
APPLICATION FOR A SEARCH WARRANT, AND AFFIDAVIT
NUMBERED 22-MC-51508-1**

NOW COMES the United States of America, by Dawn N. Ison, United States Attorney, and Matthew Roth, Assistant United States Attorney, both for the Eastern District of Michigan, and respectfully requests that the search warrant, application for a search warrant, and affidavit numbered 22-MC-51508-1 be unsealed.

WHEREFORE, the government respectfully requests that the search warrant, application for a search warrant, and affidavit numbered 22-MC-51508-1 be unsealed.

Dawn N. Ison
United States Attorney

*s/Matthew Roth*
Matthew Roth
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
matthew.roth2@usdoj.gov
(313) 226-9186

Dated:  January 26, 2023

**IT IS SO ORDERED.**

**s/Anthony P. Patti**
Hon. Anthony P. Patti
United States Magistrate Judge

Entered: January 26, 2023